# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA
## SOUTHWESTERN DIVISION

| | |
|---|---|
| Star Insurance Company, as subrogee of ) <br> J.D. Harvesting & Hauling, Inc., ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> Deere & Company, Denso International ) <br> America, Inc., and 21st Century ) <br> Equipment, Inc., ) <br> ) <br> Defendants. ) | **ORDER RE STIPULATION TO AMEND COMPLAINT** <br><br><br><br><br> Case No. 1:07-cv-087 |

On June 23, 2008, the parties filed a Stipulation to Amend Complaint. The court **ADOPTS** the parties stipulation (Docket No. 18). Plaintiff Star Insurance Company, as subrogee of J.D. Harvesting & Hauling, Inc., is **GRANTED** leave to amend its Complaint to add as an additional party Denso Corporation. Additionally, it is **GRANTED** leave to amend its Complaint to assert the additional cause of action of breach of express warranty against Defendant Denso International America.

Dated this 24th day of June, 2008.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court