**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION**

| | | |
|---|---|---|
| Star Insurance Company, as subrogee of J.D. Harvesting & Hauling, Inc., | ) ) ) | **ORDER OF DISMISSAL** |
| Plaintiff, | ) ) | |
| vs. | ) ) | Case No. 1:07-cv-087 |
| Deere & Company, Denso International America, Inc., 21st Century Equipment, Inc., and Denso Corporation, | ) ) ) ) | |
| Defendants. | ) | |

Before the Court is a "Stipulation of Dismissal With Prejudice" filed on March 16, 2009. The Court **ADOPTS** the stipulation in its entirety (Docket No. 49) and **ORDERS** that the case be dismissed with prejudice and without costs or disbursements to any party.

**IT IS SO ORDERED.**

Dated this 17th day of March, 2009.

/s/ Daniel L. Hovland
Daniel L. Hovland, Chief Judge
United States District Court